AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON DUHAIME | ) | Case No. |
| | ) | 22-MJ-4446-DHH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 13, 2022** in the county of **Suffolk** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1038(a) | Conveying false information and hoaxes related to an explosive device. |
| 18 U.S.C. § 1001(a)(2) | Making materially false and fictitious statements in a matter within the executive branch of the government of the United States. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Steven Kimball.

☑ Continued on the attached sheet.

*Steven Kimball /SJK/*
*Complainant's signature*

Steven Kimball, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/03/2022

*[signature]*
*Judge's signature*

City and state: Worcester, MA

Hon. David H. Hennessy     USMJ
*Printed name and title*