# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

| | | | | |
|---|---|---|---|---|
| **Place of Offense:** | | **Category No.** II | **Investigating Agency** | FBI |
| City | Boston, MA | **Related Case Information:** | | |
| County | Suffolk | Superseding Ind./ Inf. _____ | Case No. _____ | |
| | | Same Defendant _____ | New Defendant _____ | |
| | | Magistrate Judge Case Number | 22-mj-4446-DHH | |
| | | Search Warrant Case Number _____ | | |
| | | R 20/R 40 from District of _____ | | |

## Defendant Information:

**Defendant Name**: Jason Duhaime     **Juvenile:** ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

**Alias Name**: _____

**Address**: (City & State) San Antonio, Texas

**Birth date (Yr only):** 1977  **SSN (last4#):** 6135  **Sex** M  **Race:** White  **Nationality:** _____

**Defense Counsel if known:** Rachael Stroup     **Address** Zalkind, Duncan & Berstein

**Bar Number**: _____           64A Atlantic Ave, Boston, MA
                                  (617) 742-6020

## U.S. Attorney Information:

**AUSA** Jason A. Casey     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No     List language and/or dialect: _____

**Victims:** ☒ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

## Location Status:

**Arrest Date**: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/3/2022     Signature of AUSA: *Jason Casey*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jason Duhaime_____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1038(a) | Conveying false information and hoaxes related to an explosive device | |
| Set 2 | 18 U.S.C. 1001(a)(2) | Making materially false, fictitious and fraudulent statements to an agency of the U.S. government | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   _____

_____

_____