AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| JASON DUHAIME | ) Case No. 22-mj-4446-DHH |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JASON DUHAIME,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

(1) Conveying false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of Chapter 40 of Title 18 (prohibiting, among other things, the malicious conveyance of false information regarding an explosive), in violation of Title 18, United States Code, Section 1038(a); and
(2) Making materially false, fictitious and fraudulent statements and representations in a matter within the executive branch of the government of the United States, in violation of Title 18, United States Code, Section 1001(a)(2).

Date: 10/03/2022

*Issuing officer's signature*

City and state: Worcester, Massachusetts

United States Magistrate Judge David H. Hennessy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*