UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 22-mj-4446-DHH |
| JASON DUHAIME, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby moves to unseal the arrest warrant, the criminal complaint and supporting affidavit, and all other related paperwork in this matter.  As grounds for this motion, the government states that the defendant is in custody and, therefore, there is no longer a need to maintain these documents under seal.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Jason A. Casey
JASON A. CASEY
Assistant U.S. Attorney

Date:  October 4, 2022

So ordered.

DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE
Oct 4, 2022